# EXHIBIT 18

**From:** Torres, Maria L - WHD <Torres.Maria@dol.gov>
**Sent:** Friday, July 2, 2021 12:54 PM
**To:** Dan Abrahams <dabrahams@awrcounsel.com>
**Subject:** RE: Favorite Healthcare Staffing

Mr. Abrahams,

You are correct.  The subcontract (MOU) between BCFS and Favorite Healthcare Staffing did not include SCA stipulations and therefore SCA is not applicable to Favorite.  However, SCA is applicable to the prime contract.  BCFS failed to pass down and include that information on the subcontracts.  Nonetheless, the SCA is applicable to the employees performing the work called for on the prime contract and this includes Favorite's employees.  If any violations or back wages are found due to Favorite's employees, it will be handled under BCFS rather than Favorite Healthcare Staffing.  Since Favorite has all the data on the employees, is the reason we are asking for the information.  We do appreciate the cooperation and assistance that we have been getting from Favorite Healthcare Staffing.

A description of a Direct Care Worker was provided for the general responsibilities required at the facility; however, the records we received show acronyms for various job classifications with different rates of pay of which an average rate of pay was provided when an employee worked at various job classifications.  We need to know what the acronyms stand for and the job descriptions of each job classification.  Examples of these are: CNA, DC, FLTR, LVN, SUL, LEGL, DCUL, SCRB, FLLD, ESCT among many other.

Once again, I am very appreciative of the assistance you have provided.

Thank you.

**Lourdes Torres**
Investigator
U.S. Department of Labor
Wage and Hour Division
700 E. San Antonio, B400
El Paso, TX  79901
(915) 521-2338 - phone/fax
(915) 202-7424 – mobile



****WARNING****

The attached information may be confidential. It is intended only for the addressee(s) identified above. If you are not the addressee(s), or an employee or agent of the addressee(s), please note that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please destroy and/or permanently delete the information and notify the sender of the error.