# EXHIBIT 19

# Department of Health and Human Services
## Administration for Children and Families

**Notice of Award**

Award# 90ZU0334-02-03
FAIN# 90ZU0334
Federal Award Date: 07/07/2021

## Recipient Information

1. **Recipient Name**
   BCFS HEALTH AND HUMAN SERVICES
   1506 Bexar Crossing
   San Antonio, TX 78232-1587
   [NoPhoneRecord]

2. **Congressional District of Recipient**
   21
3. **Payment System Identifier (ID)**
   1741260710A1
4. **Employer Identification Number (EIN)**
   741260710
5. **Data Universal Numbering System (DUNS)**
   069459576
6. **Recipient's Unique Entity Identifier**

7. **Project Director or Principal Investigator**
   Ms. Asennet Segura
   asegura@bcfs.net
   210-832-5000

8. **Authorized Official**
   Sonya Thompson
   sthompson@bcfs.net
   210-208-5898

### Federal Agency Information
ACF/ORR Office of Discretionary Grants

9. **Awarding Agency Contact Information**
   Mr. Gerald Scroggins
   Financial Management Specialist
   gerald.scroggins@acf.hhs.gov
   214-767-8703

10. **Program Official Contact Information**
    Ms. Tiffany Pham
    Program Officer
    tiffany.pham@acf.hhs.gov
    202-401-1230

## Federal Award Information

11. **Award Number**
    90ZU0334-02-03
12. **Unique Federal Award Identification Number (FAIN)**
    90ZU0334
13. **Statutory Authority**
    412(c)(1)(A) of INS Act

14. **Federal Award Project Title**
    Residential (Shelter) Services for Unaccompanied Alien Children

15. **Assistance Listing Number**
    93.676
16. **Assistance Listing Program Title**
    Unaccompanied Alien Children Program

17. **Award Action Type**
    Supplement
18. **Is the Award R&D?**
    No

## Summary Federal Award Financial Information

| | |
|---|---|
| 19. Budget Period Start Date 02/01/2021 - End Date 01/31/2022 | |
| 20. Total Amount of Federal Funds Obligated by this Action | $202,712,583.00 |
| 20a. Direct Cost Amount | $184,821,830.00 |
| 20b. Indirect Cost Amount | $17,890,753.00 |
| 21. Authorized Carryover | $0.00 |
| 22. Offset | $0.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | $6,597,013.00 |
| 24. Total Approved Cost Sharing or Matching, where applicable | $0.00 |
| 25. Total Federal and Non-Federal Approved this Budget Period | $209,309,596.00 |
| 26. Project Period Start Date 02/01/2020 - End Date 01/31/2023 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | Not Available |

28. **Authorized Treatment of Program Income**
    Additional Costs
29. **Grants Management Officer – Signature**
    Ms. Karen Code
    Grants Officer

30. **Remarks**

See Remarks (continuation)

# Department of Health and Human Services

## Administration for Children and Families

# Notice of Award

Award# 90ZU0334-02-03
FAIN# 90ZU0334
Federal Award Date: 07/07/2021

## Recipient Information

**Recipient Name**

BCFS HEALTH AND HUMAN SERVICES
1506 Bexar Crossing
San Antonio, TX 78232-1587
[NoPhoneRecord]

**Congressional District of Recipient**
21

**Payment Account Number and Type**
1741260710A1

**Employer Identification Number (EIN) Data**
741260710

**Universal Numbering System (DUNS)**
069459576

**Recipient's Unique Entity Identifier**
Not Available

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Service

## 33. Approved Budget
(Excludes Direct Assistance)

I. Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | | |
|---|---|---|
| a. | Salaries and Wages | $3,947,391.00 |
| b. | Fringe Benefits | $10,001,318.00 |
| | c. Total Personnel Costs | $13,948,709.00 |
| d. | Equipment | $162,884.00 |
| e. | Supplies | $7,337,091.00 |
| f. | Travel | $15,678,828.00 |
| g. | Construction | $0.00 |
| h. | Other | $57,723,683.00 |
| i. | Contractual | $95,873,105.00 |
| j. | **TOTAL DIRECT COSTS** | **$190,724,300.00** |
| k. | **INDIRECT COSTS** | **$18,585,296.00** |
| l. | **TOTAL APPROVED BUDGET** | **$209,309,596.00** |
| m. | Federal Share | $209,309,596.00 |
| n. | Non-Federal Share | $0.00 |

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|
| 1-G990149 | 90ZU033402 | | 41.51 | $0.00 | 75-1921-1503 |
| 1-G99UXXR | 90ZU033402 | | 41.51 | $202,712,583.00 | 75-X-1503 |

**Department of Health and Human Services**

Administration for Children and Families

Notice of Award

Award# 90ZU0334-02-03
FAIN# 90ZU0334
Federal Award Date: 07/07/2021

| Remarks (Continuation) |
|---|

The Acting Assistant Secretary approved a request from ORR to solicit and issue an OPDIV-initiated supplement to BCFS Health and Human Services to continue operations at the Carrizo Springs Influx Care Facility, on 03/09/2021. The approval was for up to $643,430,000. The actual total approved budget is $475,868,102, and the budget period will begin on 07/12/2021 and end on 01/31/2022. The prior supplement that was awarded to BCFS Health and Human Services to provide services at Carrizo Springs Influx Care Facility was under grant 90ZU0208; that grant project period ends on 07/11/2021.

This payment of $202,712,583 represents funding for 90 days of operations. This funding is subject to paragraph (6) of the attached agreement (see pages 8-9 of this Notice of Award). ORR will be amending this notice of award within 60 days to incorporate a reference to 29 CFR 4.6 and to attach the applicable Wage Determinations, including the Wage Determination for Dimmit County, after consulting with DOL. Such amendment will be clear that it is with respect to the Carrizo Springs facility.

**Department of Health and Human Services**

Administration for Children and Families

Notice of Award

Award#   90ZU0334-02-03
FAIN#    90ZU0334
Federal Award Date:   07/07/2021

| 35. Terms And Conditions |
|---|

**STANDARD TERMS**

1. **Standard Terms and Conditions**

   Paid by DHHS Payment Management System (PMS), see attached for payment information.
   This award is subject to the requirements of the HHS Grants Policy Statement (HHS GPS) that are applicable to you based on your recipient type and the purpose of this award.

   This includes requirements in Parts I and II (available at
   http://www.hhs.gov/grants/grants/policies-regulations/index.html of the HHS GPS. Although consistent with the HHS GPS, any applicable statutory or regulatory requirements, including 45 CFR Part 75, directly apply to this award apart from any coverage in the HHS GPS.

   This award is subject to requirements or limitations in any applicable Appropriations Act.

   This award is subject to the requirements of Section 106 (g) of the trafficking Victims
   Protection Act of 2000, as amended (22 U.S.C. 7104).
   For the full text of the award term, go to https://www.acf.hhs.gov/discretionary-post-award-requirements.

   This award is subject to the Federal Financial Accountability and Transparency Act (FFATA or Transparency) of 2006 subaward and executive compensation reporting requirements.
   For the full text of the award term, go to http://www.acf.hhs.gov/discretionary-post-award-requirements.

   This award is subject to requirements as set forth in 2 CFR 25.110 Central Contractor
   Registration (CCR) and DATA Universal Number System (DUNS).  For full text go to
   http://www.acf.hhs.gov/discretionary-post-award-requirements.

   Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the HHS awarding agency, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Subrecipients must disclose, in a timely manner, in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Disclosures must be sent in writing to the awarding agency and to the HHS OIG at the following addresses:

   The Administration for Children for Children and Families
   U.S. Department of Health and Human Services
   Office of Grants Management
   ATTN: Grants Management Specialist
   330 C Street, SW., Switzer Building
   Corridor 3200
   Washington, DC 20201

   AND

   U.S. Department of Health and Human Services

**Department of Health and Human Services**

Administration for Children and Families

Notice of Award

Award# 90ZU0334-02-03
FAIN# 90ZU0334
Federal Award Date: 07/07/2021

Office of Inspector General
ATTN: Mandatory Grant Disclosures, Intake Coordinator
330 Independence Avenue, SW, Cohen Building
Room 5527
Washington, DC 20201

Fax: (202) 205-0604 (Include "Mandatory Grant Disclosures" in subject line) or
Email: MandatoryGranteeDisclosures@oig.hhs.gov

Failure to make required disclosures can result in any of the remedies described in 45 CFR 75.371 Remedies for noncompliance, including suspension or debarment (See 2 CFR parts 180 & 376 and 31 U.S.C. 3321).


This award is subject to the requirements as set forth in 45 CFR Part 87.
This grant is subject to the requirements as set forth in 45 CFR Part 75.
Attached are terms and conditions, reporting requirements, and payment instructions.
Initial expenditure of funds by the grantee constitutes acceptance of this award.

This award is also subject to the provisions of the Service Contract Act, Code of Federal Regulations (CFR) Title 29.

This award is also subject to the provisions of the Service Contract Act requirements at 29 CFR 4.6 - Labor standards clauses for Federal service contracts exceeding $2,500.

This award is also subject to the requirements for pass-through entities in accordance with HHS' regulatory provisions for Subrecipient Monitoring and Management found at 45 CFR §§ 75.351-.352

**REMARKS**

1. This award does not have the statutory authority to explicitly use federal funds to purchase (acquire), construct, and/or make major renovations to real property. Real property, as defined by 45 CFR 75.2, means land, including land improvements, structures and appurtenances (affixed equipment] thereto, but excludes moveable machinery and equipment. Please also reference HHS Grants Policy Statement II-35, Land or Building Acquisition, for more information.

   Minor alterations and renovations (A/R) or improvements may be allowable to the award. Minor A/R expenditures require prior approval by the awarding agency. Please reference the HHS Grants Policy Statement at II-30, II-49, II-98-99, and 45 CFR 75.462 *Rearrangement and reconversion costs* for more information. Effective 03/25/2021, HHS specifies that for any single or aggregate minor A/R project, costs may not exceed the lesser of $250,000 or 25% of the total approved budget for the entire project period. The minor A/R threshold applies to each land parcel as identified by state or county property records where UAC activities occur, regardless of the number of structures/improvements that exist on each land parcel. Recipients and if applicable, their subrecipient(s), must maintain entity property records and track the amount of federal funds being used for minor A/R to ensure that the threshold is not exceeded for the entire project period.

   Please note the provisions at 45 CFR 75.465 *Rental costs of real property and equipment.* Allowable rental costs under "arms-length" leases are explained at 45 CFR 75.465 (a). Under arms-length leases, no rental costs above the fair-market rental value of the available usable space of the leased property may be



**Department of Health and Human Services**

Administration for Children and Families

Notice of Award

Award#  90ZU0334-02-03
FAIN#   90ZU0334
Federal Award Date: 07/07/2021

charged to the grant. No federal funds may be used for ownership type expenses such as, but not limited to, depreciation, property taxes, maintenance, and insurance on the leased property.

Under "sale and lease back" arrangements, "less-than-arm's length" leases, and "capital leases", rental costs are limited to those such as depreciation, maintenance, taxes, and insurance as explained at 45 CFR 75.465 (b) and (c). There are exceptions to the allowability of taxes under capital leases as noted at 45 CFR 75.465 (c)(5).  Depreciation expense must be calculated consistent with the methodology explained at 45 CFR 75. 436.

## AWARD ATTACHMENTS

BCFS HEALTH AND HUMAN SERVICES                                      90ZU0334-02-03

1. SCA Addenda

HHS/ORR and BCFS Health and Human Services (BCFS) agree as follows:

(1) within 60 days, HHS/ORR will include 29 CFR 4.6 in Cooperative Agreement 90ZU0334, Notice of Award 90ZU0334-02-03, and any other Notice of Award related to the Carrizo Springs facility. To be clear, it is HHS/ORR's express intent for purposes of this agreement that 29 C.F.R. 4.6 shall only apply to the Carrizo Springs facility. BCFS does not admit or agree that 29 C.F.R. 4.6 should apply to the Carrizo Springs facility or any other Cooperative Agreement or Notice of Award issued to BCFS;

(2) within 60 days, HHS/ORR will attach Wage Determination No. 2015-5301 and any other applicable wage determination[1] to Cooperative Agreement 90ZU0334, Notice of Award 90ZU0334-02-03, and any other Notice of Award related to the Carrizo Springs facility. To be clear, it is HHS/ORR's express intent that any of the aforementioned wage determinations shall only apply to work performed under Notice of Award 90ZU0334-02-03, and any other notice of award with respect to the Carrizo Springs facility BCFS does not admit or agree that any wage determination should apply to the Carrizo Springs facility or any other Cooperative Agreement or Notice of Award issued to BCFS;

(3) Subject to paragraph (6), HHS/ORR's inclusion of 29 C.F.R. 4.6 and attachment of the wage determination(s) as set forth in (1) and (2) above shall be retroactive to the date of Notice of Award 90ZU0334-02-03, expected to issue July 13, 2021 and shall be limited in application exclusively to work performed under Notice of Award 90ZU0334-02-03 and any other notice of award with respect to the Carrizo Springs facility;

(4) Without admission or prejudice to any of its claims or defenses in any ongoing disagreement with HHS/ORR and/or the Department of Labor, BCFS agrees to insert the 29 C.F.R. 4.6 and applicable wage determinations into each subcontract/vendor agreement under which services are provided at the Carrizo Springs facility;

(5) By agreeing to the insertion of the SCA contract clause and attachment of the applicable wage determination(s) in the HHS/ORR agreement and in the subcontract/vendor agreements as provided in this agreement, BCFS does not waive its rights to raise challenges to the applicability of the SCA outside of the 90 day period contemplated by this agreement or any other agreements involving BCFS or its subcontractors, including Cooperative Agreement 90ZU0334, Notice of Award 90ZU0334-02-03, and any other Notice of Award related to the Carrizo Springs facility and Cooperative Agreement 90ZU0334. Further, nothing in this agreement shall preclude or prevent in any way the rights of BCFS to raise any claims or defenses it may have to any assertion that 29 C.F.R. 4.6 or any particular wage determination or the Service Contract Act should apply to the Carrizo Springs facility outside of the 90 day period contemplated by this agreement or any other Cooperative Agreement or Notice of Award issued to BCFS. The parties are entering this agreement on a non-precedential basis concerning other wage determinations, Cooperative Agreements, or Notices of Award;



---

[1] DOL will assist HHS/ORR in selecting the appropriate wage determinations and revisions.

(6) HHS/ORR will provide a level of funding under this agreement that includes a capped estimate of the amount expected to cover increased funding requirements as a result of Sections 1, 2, and 4 above from the date the Notice of Award is expected to issue (on or about July 13, 2021) for a period of 90 days. Within 60 days of this agreement, BCFS will provide HHS/ORR with a budget that reflects the increased operational expenses resulting from Sections 1, 2, and 4 above from the issuance date of Notice of Award 90ZU0334-02-03, expected to issue July 13, 2021 and to be fully expended within a period of 90 days, for this Notice of Award. HHS/ORR will include remarks noting that the payment represents funds to support the Carrizo Springs facility from the date of issuance of the Notice of Award (expected on or about July 13, 2021) for a period of 90 days. HHS/ORR will evaluate and process this request in accordance with its established procedures, and then will provide BCFS with the funds necessary to cover additional costs attributable to Sections 1, 2, and 4 up to the capped estimate, which includes full payment of wages and fringe benefits up to the capped estimate of $10,073,428 for wages and fringe benefits in accordance with 29 CFR 4.6 and the wage determinations identified in Section 2 above. BCFS will distribute these additional funds solely in connection with Sections 1, 2, and 4.

Cindy Huang
Digitally signed by Cindy Huang
Date: 2021.07.04 09:08:20 -04'00'

7/4/2021

**Cindy Huang**
**Director**
**Office of Refugee Resettlement**

Date

*Sonya Thompson* (signature)    7/4/2021

**Sonya Thompson**
**Executive Director**
**BCFS Health and Human Services**

Date